### DALLIE ARRANT v. STATE OF FLORIDA

22 So. (2nd) 156                                    January Term, 1945
May 11, 1945                                        Division A
Rehearing denied May 31, 1945

John M. Coe and Clyde R. Brown, for appellant.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

The judgment appealed from is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.

### CECIL A. GAINES, CARL FRANKLIN and WALTER S. COLLINS v. STATE OF FLORIDA.

22 So. (2nd) 155                                    January Term, 1945
May 11, 1945                                        Division B

*W. W. Flournoy,* for appellant.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

The judgment appealed from is affirmed.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.